**Roland D. JOHNSON, Jr.,
Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster
General, Defendant–Appellee,**

and

**Michael Hill, Manager, Largo II, VMF;
David Cook, Manager, Largo II VMF;
Vivian Hampton, EEO Investigator;
Rose Carter, EEO Specialist; Weldon
Carson, Postmaster, Capitol Heights
Branch; Roger Rucker, Supervisor,
Capitol Heights Branch, Defendants.**

No. 00–2395.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Roland D. Johnson, Jr., pro se. Tawana Elaine Davis, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Roland D. Johnson, Jr., appeals the district court's order dismissing his employment discrimination action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnson v. Henderson,* No. CA–00–2747–AMD (D.Md. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*